**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony James Merrick,<br><br>             Petitioner,<br>vs.<br><br>Charles L. Ryan, et al.,<br><br>             Respondents. | No. CV-19-00172-PHX-SPL<br><br>**ORDER** |

On September 12, 2019, this Court adopted Magistrate Judge Deborah M. Fine's Report & Recommendation and dismissed Petitioner's Petition for Writ of Habeas Corpus (Doc. 64). Petitioner has filed a Motion to Alter or Amend the Judgment pursuant to Federal Rule of Civil Procedure 59(e) (Doc. 66).

Reconsideration is disfavored and "appropriate only in rare circumstances." *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D. Ariz. 1995). Motions for Reconsideration are "not the place for parties to make new arguments not raised in their original briefs," nor should such motions be used to ask the Court to rethink its previous decision. *Motorola, Inc. v. J.B. Rodgers Mech. Contractors*, 215 F.R.D. 581 (D. Ariz. 2003).

The Court may grant a motion under Rule 59(e) if the district court is presented with newly discovered evidence, committed clear error, the initial decision was manifestly unjust, or there is an intervening change in controlling law. *Sch. Dist. No. 1J, Multnomah Cty., Or. V. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). The Court finds that

Petitioner's motion does not satisfy the requirements of Rule 59(e). Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Alter or Amend the Judgment pursuant to Federal Rule of Civil Procedure 59(e) (Doc. 66) is **denied**.

Dated this 18th day of October, 2019.

Honorable Steven P. Logan
United States District Judge